**STATE of Missouri, Respondent,**

v.

**Ronald E. DAVIS, Appellant.**

**No. WD 34724.**

Missouri Court of Appeals,
Western District.

Dec. 6, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Jan. 31, 1984.

Application to Transfer Denied March 20, 1984.

William M. Barvick, Jefferson City, for appellant.

John Ashcroft, Atty. Gen., and William K. Haas, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and CLARK and KENNEDY, JJ.

PER CURIAM.

Appeal from denial of relief sought from conviction for offering violence to an inmate, § 216.460, RSMo.

Affirmed. Rule 30.25(b).